UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL FORENSICS CORPORATION LLC, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:26 cv 02615<br><br>JUDGE PATRICIA A. GAUGHAN<br><br>**UNRELATED ENTITIES' ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendants, 1st All Investments, LLC ("1st All Investments"); Salon Place LLC ("Salon Place"); VPR Academy LLC ("VPR"); 21111 Chagrin Investments LLC ("21111 Chagrin"); and 4350 Renaissance LLC ("4350 Renaissance"), collectively the Unrelated Entities, for their Answer to the Complaint filed by the Federal Trade Commission (the "FTC"), states as follows:

1. The Unrelated Entities admit that the FTC purports to bring this action under the Federal Trade Commission Act, the Telemarketing Sales Rule, and the FTC's Trade Regulation Rule on the Use of Consumer Reviews Testimonials.

**SUMMARY OF THE CASE**

2. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 2 of the FTC's Complaint and therefore deny the same.

3. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 3 of the FTC's Complaint and therefore deny the same.

4. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 4 of the FTC's Complaint and therefore deny the same.

5. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 5 of the FTC's Complaint and therefore deny the same.

6. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 6 of the FTC's Complaint and therefore deny the same.

7. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 7 of the FTC's Complaint and therefore deny the same.

8. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 8 of the FTC's Complaint and therefore deny the same.

9. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 9 of the FTC's Complaint and therefore deny the same.

10. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 10 of the FTC's Complaint and therefore deny the same.

11. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 11 of the FTC's Complaint and therefore deny the same.

12. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 12 of the FTC's Complaint and therefore deny the same.

13. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 13 of the FTC's Complaint and therefore deny the same.

14. The Unrelated Entities deny the allegations set forth in Paragraph 14 of the FTC's Complaint.

## JURISDICTION AND VENUE

15. The Unrelated Entities deny the allegations set forth in Paragraph 15 of the FTC's Complaint.

16. The Unrelated Entities deny the allegations set forth in Paragraph 16 of the FTC's Complaint.

## PLAINTIFF

17. The Unrelated Entities admits the allegations set forth in Paragraph 17 of the FTC's Complaint. Further answering, the Unrelated Entities are not involved in the sextortionist-assistant businesses and do not provide such services. Any purported violation of any statute is inapplicable to the Unrelated Entities.

**DEFENDANT**

18. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 18 of the FTC's Complaint and therefore deny the same.

19. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 19 of the FTC's Complaint and therefore deny the same.

20. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 20 of the FTC's Complaint and therefore deny the same.

21. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 21 of the FTC's Complaint and therefore deny the same.

22. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 22 of the FTC's Complaint and therefore deny the same.

23. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 23 of the FTC's Complaint and therefore deny the same.

24. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 24 of the FTC's Complaint and therefore deny the same.

25. The Unrelated Entities deny the allegations set forth in Paragraph 25 of the FTC's Complaint. 1st All Investments is located at 440 Renaissance Parkway, Unit 1, Warrensville Heights, OH 44128. Further answering, 1st All Investments is a real-estate holding company that is unrelated to DFC's sextortionist assistance business.

26. The Unrelated Entities admit the allegations set forth in Paragraph 26 of the FTC's Complaint. Further answering, Salon Place is a commercial salon-suite leasing business that existed before DFC began offering sextortionist-assistance services and unrelated to DFC's sextortionist assistance business.

27. The Unrelated Entities admit the allegations set forth in Paragraph 27 of the FTC's Complaint. Further answering, VPR is a Russian language and culture school that is unrelated to DFC's sextortionist assistance business.

28. The Unrelated Entities admit the allegations set forth in Paragraph 28 of the FTC's Complaint. Further answering, 21111 Chagrin is a real-estate holding company that is unrelated to DFC's sextortionist assistance business.

29. The Unrelated Entities admit the allegations set forth in Paragraph 29 of the FTC's Complaint.

30. The registered agent for 1st All Investments is Jeromy Simonov. As to the allegations pertaining to the Unrelated Entities, the Unrelated Entities admit the remaining allegations set forth in Paragraph 30 of the FTC's Complaint. The Unrelated Entities lack sufficient information and information to admit or deny the remaining allegations set forth in Paragraph 10 of the FTC's Complaint and therefore deny the same

31. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 31 of the FTC's Complaint and therefore deny the same.

32. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 32 of the FTC's Complaint and therefore deny the same.

## COMMON ENTERPISE

33. The Unrelated Entities deny the allegations set forth in Paragraph 33 of the FTC's Complaint.

34. The Unrelated Entities deny the allegations set forth in Paragraph 34 of the FTC's Complaint.

35. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 35 of the FTC's Complaint and therefore deny the same.

36. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 36 of the FTC's Complaint and therefore deny the same.

37. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 37 of the FTC's Complaint and therefore deny the same.

38. The Unrelated Entities deny the allegations set forth in Paragraph 38 of the FTC's Complaint. Further answering, the Unrelated Entities are commonly-managed entities.

39. The Unrelated Entities deny the allegations set forth in Paragraph 39 of the FTC's Complaint.

## DEFENDANTS' BUSINESS ACTIVITIES

40. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 40 of the FTC's Complaint and therefore deny the same.

### Defendants' Predatory Sextortion Assistance Services

41. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 41 of the FTC's Complaint and therefore deny the same.

42. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 42 of the FTC's Complaint and therefore deny the same.

43. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 43 of the FTC's Complaint and therefore deny the same.

44. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 44 of the FTC's Complaint and therefore deny the same.

45. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 45 of the FTC's Complaint and therefore deny the same.

46. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 46 of the FTC's Complaint and therefore deny the same.

47. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 47 of the FTC's Complaint and therefore deny the same.

48. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 48 of the FTC's Complaint and therefore deny the same.

49. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 49 of the FTC's Complaint and therefore deny the same.

50. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 50 of the FTC's Complaint and therefore deny the same.

51. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 51 of the FTC's Complaint and therefore deny the same.

52. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 52 of the FTC's Complaint and therefore deny the same.

53. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 53 of the FTC's Complaint and therefore deny the same.

54. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 54 of the FTC's Complaint and therefore deny the same.

55. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 55 of the FTC's Complaint and therefore deny the same.

56. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 56 of the FTC's Complaint and therefore deny the same.

57. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 57 of the FTC's Complaint and therefore deny the same.

58. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 58 of the FTC's Complaint and therefore deny the same.

59. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 59 of the FTC's Complaint and therefore deny the same.

60. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 60 of the FTC's Complaint and therefore deny the same.

61. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 61 of the FTC's Complaint and therefore deny the same.

62. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 62 of the FTC's Complaint and therefore deny the same.

63. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 63 of the FTC's Complaint and therefore deny the same.

64. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 64 of the FTC's Complaint and therefore deny the same.

65. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 65 of the FTC's Complaint and therefore deny the same.

66. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 66 of the FTC's Complaint and therefore deny the same.

67. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 67 of the FTC's Complaint and therefore deny the same.

68. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 68 of the FTC's Complaint and therefore deny the same.

69. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 69 of the FTC's Complaint and therefore deny the same.

70. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 70 of the FTC's Complaint and therefore deny the same.

71. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 71 of the FTC's Complaint and therefore deny the same.

72. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 72 of the FTC's Complaint and therefore deny the same.

**Defendants' Failure to Provide the Promised Sextortion Assistance Services**

***Defendants Often Do Not Perform the Phase I Services***

73. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 73 of the FTC's Complaint and therefore deny the same.

74. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 74 of the FTC's Complaint and therefore deny the same.

75. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 75 of the FTC's Complaint and therefore deny the same.

76. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 76 of the FTC's Complaint and therefore deny the same.

77. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 77 of the FTC's Complaint and therefore deny the same.

78. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 78 of the FTC's Complaint and therefore deny the same.

79. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 79 of the FTC's Complaint and therefore deny the same.

80. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 80 of the FTC's Complaint and therefore deny the same.

81. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 81 of the FTC's Complaint and therefore deny the same.

82. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 82 of the FTC's Complaint and therefore deny the same.

83. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 83 of the FTC's Complaint and therefore deny the same.

84. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 84 of the FTC's Complaint and therefore deny the same.

85. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 85 of the FTC's Complaint and therefore deny the same.

86. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 86 of the FTC's Complaint and therefore deny the same.

***Defendants Pressure Customers to Purchase Phase 2 Services***

87. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 87 of the FTC's Complaint and therefore deny the same.

88. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 88 of the FTC's Complaint and therefore deny the same.

89. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 89 of the FTC's Complaint and therefore deny the same.

90. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 90 of the FTC's Complaint and therefore deny the same.

91. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 91 of the FTC's Complaint and therefore deny the same.

92. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 92 of the FTC's Complaint and therefore deny the same.

93. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 93 of the FTC's Complaint and therefore deny the same.

94. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 94 of the FTC's Complaint and therefore deny the same.

***Defendants Do Not Actually Provide the Promised Phase 2 Services***

95. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 95 of the FTC's Complaint and therefore deny the same.

96. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 96 of the FTC's Complaint and therefore deny the same.

97. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 97 of the FTC's Complaint and therefore deny the same.

98. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 98 of the FTC's Complaint and therefore deny the same.

99. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 99 of the FTC's Complaint and therefore deny the same.

100. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 100 of the FTC's Complaint and therefore deny the same.

101. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 101 of the FTC's Complaint and therefore deny the same.

102. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 102 of the FTC's Complaint and therefore deny the same.

**Defendants Often Refuse to Honor Their Refund Policy**

103. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 103 of the FTC's Complaint and therefore deny the same.

104. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 104 of the FTC's Complaint and therefore deny the same.

105. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 105 of the FTC's Complaint and therefore deny the same.

106. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 106 of the FTC's Complaint and therefore deny the same.

**Defendants Unlawfully Suppress Negative Reviews and Disseminate Fake Positive Reviews**

107. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 107 of the FTC's Complaint and therefore deny the same.

108. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 108 of the FTC's Complaint and therefore deny the same.

109. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 109 of the FTC's Complaint and therefore deny the same.

110. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 110 of the FTC's Complaint and therefore deny the same.

111. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 111 of the FTC's Complaint and therefore deny the same.

112. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 112 of the FTC's Complaint and therefore deny the same.

113. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 113 of the FTC's Complaint and therefore deny the same.

114. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 114 of the FTC's Complaint and therefore deny the same.

***Defendants Generate and Disseminate Fake Positive Reviews***

115. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 115 of the FTC's Complaint and therefore deny the same.

116. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 116 of the FTC's Complaint and therefore deny the same.

117. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 117 of the FTC's Complaint and therefore deny the same.

118. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 118 of the FTC's Complaint and therefore deny the same.

119. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 119 of the FTC's Complaint and therefore deny the same.

120. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 120 of the FTC's Complaint and therefore deny the same.

121. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 121 of the FTC's Complaint and therefore deny the same.

122. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 122 of the FTC's Complaint and therefore deny the same.

123. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 123 of the FTC's Complaint and therefore deny the same.

124. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 124 of the FTC's Complaint and therefore deny the same.

125. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 125 of the FTC's Complaint and therefore deny the same.

126. The Unrelated Entities lack sufficient information and information to admit or deny the allegations set forth in Paragraph 126 of the FTC's Complaint and therefore deny the same.

## VIOLATIONS OF THE FTC ACT

127. With regard to the allegations contained in Paragraph 127 of the FTC's Complaint, the cited legal provision speaks for itself, and the Unrelated Entities deny any characterization thereof.

128. Paragraph 128 of the FTC's Complaint states a legal conclusion as to which no response is required. To the extent that a response is required, the Unrelated Entities deny the allegations contained in Paragraph 128 of the Complaint.

129. Paragraph 129 of the FTC's Complaint states a legal conclusion as to which no response is required. To the extent that a response is required, the Unrelated Entities deny the allegations contained in Paragraph 129 of the Complaint.

## COUNT I
## Misrepresentations Regarding Credit Repair Services

130. The Unrelated Entities deny the allegations set forth in Paragraph 130 of the FTC's Complaint.

131. The Unrelated Entities deny the allegations set forth in Paragraph 131 of the FTC's Complaint.

132. The Unrelated Entities deny the allegations set forth in Paragraph 132 of the FTC's Complaint.

## COUNT II
## Deceptive Consumer Reviews

133. The Unrelated Entities deny the allegations set forth in Paragraph 133 of the FTC's Complaint.

134. The Unrelated Entities deny the allegations set forth in Paragraph 134 of the FTC's Complaint.

135. The Unrelated Entities deny the allegations set forth in Paragraph 135 of the FTC's Complaint.

## VIOLATIONS OF THE TELEMARKETING SALES RULE

136. With regard to the allegations contained in Paragraph 136 of the FTC's Complaint, the Unrelated Entities deny the allegations for want of knowledge.

137. With regard to the allegations contained in Paragraph 137 of the FTC's Complaint, provisions of the Telemarking Sales Rule speak for themselves, and the Unrelated Entities deny any characterization thereof.

138. With regard to the allegations contained in Paragraph 138 of the FTC's Complaint, provisions of the Telemarking Sales Rule speak for themselves, and the Unrelated Entities deny any characterization thereof.

139. With regard to the allegations contained in Paragraph 139 of the FTC's Complaint, provisions of the Telemarking Sales Rule speak for themselves, and the Unrelated Entities deny any characterization thereof.

## COUNT III
## Deceptive Telemarketing Calls in Violation of the TSR

140. The Unrelated Entities deny the allegations set forth in Paragraph 140 of the FTC's Complaint.

141. The Unrelated Entities deny the allegations set forth in Paragraph 141 of the FTC's Complaint.

## VIOLATIONS OF THE GRAMM-LEACH-BILLEY ACT

142. With regard to the allegations contained in Paragraph 142 of the FTC's Complaint, provisions of Gramm-Leach-Billey Act speak for themselves, and the Unrelated Entities deny any characterization thereof.

143. With regard to the allegations contained in Paragraph 143 of the FTC's Complaint, provisions of Gramm-Leach-Billey Act speak for themselves, and the Unrelated Entities deny any characterization thereof.

144. With regard to the allegations contained in Paragraph 144 of the FTC's Complaint, provisions of Gramm-Leach-Billey Act speak for themselves, and the Unrelated Entities deny any characterization thereof.

145. With regard to the allegations contained in Paragraph 145 of the FTC's Complaint, provisions of Gramm-Leach-Billey Act speak for themselves, and the Unrelated Entities deny any characterization thereof.

## COUNT IV

### Use of False, Fictitious, or Fraudulent Statements to Obtain or Attempt to Obtain, or Cause to be Disclosed or Attempt to be Disclosed, Customer Information of a Financial Institution

146. The Unrelated Entities deny the allegations set forth in Paragraph 146 of the FTC's Complaint.

147. The Unrelated Entities deny the allegations set forth in Paragraph 147 of the FTC's Complaint.

## VIOLATIONS OF THE REVIEWS AND TESTIMONIALS RULE

148. The Unrelated Entities deny the allegations set forth in Paragraph 148 of the FTC's Complaint for want of knowledge.

149. With regard to the allegations contained in Paragraph 149 of the FTC's Complaint, provisions of Reviews and Testimonials Rule speak for themselves, and the Unrelated Entities deny any characterization thereof.

150. With regard to the allegations contained in Paragraph 150 of the FTC's Complaint, provisions of Reviews and Testimonials Rule speak for themselves, and the Unrelated Entities deny any characterization thereof.

151. With regard to the allegations contained in Paragraph 151 of the FTC's Complaint, provisions of Reviews and Testimonials Rule speak for themselves, and the Unrelated Entities deny any characterization thereof.

152. With regard to the allegations contained in Paragraph 152 of the FTC's Complaint, provisions of Reviews and Testimonials Rule speak for themselves, and the Unrelated Entities deny any characterization thereof.

153. With regard to the allegations contained in Paragraph 153 of the FTC's Complaint, provisions of Reviews and Testimonials Rule speak for themselves, and the Unrelated Entities deny any characterization thereof.

154. With regard to the allegations contained in Paragraph 154 of the FTC's Complaint, provisions of Reviews and Testimonials Rule speak for themselves, and the Unrelated Entities deny any characterization thereof.

155. With regard to the allegations contained in Paragraph 155 of the FTC's Complaint, provisions of Reviews and Testimonials Rule speak for themselves, and the Unrelated Entities deny any characterization thereof.

## COUNT V
## Writing or Creating Fake or False Consumer Reviews and Testimonials

156. The Unrelated Entities deny the allegations set forth in Paragraph 156 of the FTC's Complaint.

157. The Unrelated Entities deny the allegations set forth in Paragraph 157 of the FTC's Complaint.

## COUNT VI
## Purchasing Fake or False Consumer Reviews

158. The Unrelated Entities deny the allegations set forth in Paragraph 158 of the FTC's Complaint.

159. The Unrelated Entities deny the allegations set forth in Paragraph 159 of the FTC's Complaint.

## CONSUMER INJURY

160. The Unrelated Entities deny the allegations set forth in Paragraph 160 of the FTC's Complaint

## AFFIRMATIVE DEFENSES

161. FTC's claims are barred, in whole or in part, because the Unrelated Entities are not sextortionist-related businesses and do not offer any such services. The Unrelated Entities, therefore, did not engage in any conduct that would give rise to FTC's claims.

162. FTC's claims are barred, in whole or in part, on the ground that, without admitting any violations of any law, some or all of the allegedly violative statements alleged in the Complaint, if such statements were made, were not false or misleading statements of material fact, but were good faith sales practices.

163. FTC's claims fail, in whole or in part, to state a claim upon which relief can be granted under the Federal Trade Commission Act, the Telemarketing Sales Rule, the Gramm-Leach-Bliley Act, and the Trade Regulation Rule on the Use of Consumer Reviews and Testimonials.

164. FTC's claims fail, in whole or in part, for improper jurisdiction and/or venue.

165. FTC's Claims fail for failure to join a necessary party or parties.

166. FTC's claims are barred, in whole or in part, any injury or harm to any individual consumer or to the public in general alleged by the FTC in the Complaint was caused by acts or omissions of a third-party over which Unrelated Entities had no authority or control.

167. FTC's claims are barred, in whole or in part, any conduct of the Unrelated Entities was a remote cause of any injury or harm to any individual consumer or to the public in general alleged by the FTC in the Complaint.

168. FTC's claims are barred, in whole or in part, under the applicable statute of limitations.

169. FTC's claims are barred, in whole or in part, by the doctrines of waiver, estoppel, and/or laches.

170. Unrelated Entities reserves the right to assert an additional affirmative defenses they may learn of during the course of discovery in this proceeding.

**WHEREFORE,** having answered, the Unrelated Entities respectfully request that this Court:

(a) Enter judgment in its favor and dismiss the FTC's Complaint, with prejudice;

(b) Award the Unrelated Entities their costs, expenses, and reasonably attorneys' fees; and

(c) Award such other and further relief as this Court deems just and equitable.

McCARTHY, LEBIT, CRYSTAL
& LIFFMAN CO., LPA

*/s/David M. Cuppage*
Robert T. Glickman (0059579)
George H. Carr (0069372)
Taylor S. Mehalko (0103772)
David M. Cuppage (0047104)
1111 Superior Avenue, Suite 2700
Cleveland, Ohio 44115
(216) 696-1422
(216) 696-1210 (facsimile)
rtg@mccarthylebit.com
ghc@mccarthylebit.com
tsm@mccarthylebit.com
dmc@mccarthylebit.com

*Attorneys for Unrelated Entities*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2026, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's system.

*/s/David M. Cuppage*
David M. Cuppage